UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE PAINTERS UNION
DEPOSIT FUND, a voluntary
unincorporated trust,

                Plaintiff,

-vs-                                                    Case No. 08-15197
                                                      Hon. Sean F. Cox

MURDOCK, INCORPORATED, a dissolved
Michigan Corporation, and TRACY MURDOCK,
Individually, Jointly and Severally,

                Defendants.
_____/
FINKEL WHITEFIELD SELIK
By:    Richard M. Selik (P24276)
And:   Stephen D. Kursman (P37902)
Attorneys for Plaintiff
32300 Northwestern Highway, #200
Farmington Hills, MI 48334-1567
(248) 855-6500
_____/

### **DEFAULT JUDGMENT**

A Default having been duly entered on January 14, 2009, against Defendants Murdock, Inc. and Tracy Murdock pursuant to Rule 55(a) of the Federal Rules of Civil Procedure; Plaintiff's Motion for Default Judgment, its Brief in Support of Motion for Default Judgment and its Affidavit in Support of Motion for Default Judgment having been duly filed; counsel for Plaintiff having appeared before the court; and the Court being fully advised in the premises;

IT IS HEREBY ORDERED AND ADJUDGED that a judgment is entered in favor of Plaintiff and against Defendants in the amount of $11,558.98, which judgment is comprised of the following: fringe benefit contributions totaling $9,632.48 and liquidated damages

totaling $1,926.50 for the period January 1, 2007 to December 31, 2008.

IT IS FURTHER ORDERED AND ADJUDGED that interest be added to the amount of this Judgment at the rate of 0.47 % per annum from the date of this Judgment until the same has been satisfied.

IT IS FURTHER ORDERED AND ADJUDGED that costs in the amount of $418.00 be added to the amount of this Judgment pursuant to Rule 54(d) of the Federal Rules of Civil Procedure.

IT IS FURTHER ORDERED AND ADJUDGED that attorney fees may be taxed by the Court in accordance with 29 USC 1132(g) upon application by Plaintiff.

s/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: May 28, 2009

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 2, 2009, by electronic and/or ordinary mail.

s/Jennifer Hernandez
Case Manager